| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** *Caption in Compliance with D.N.J. LBR 9004-1(b)* **Turner N. Falk, Esquire** **SAUL EWING LLP** **Centre Square West** **1500 Market St., 38th Floor** **Philadelphia, PA 19102** turner.falk@saul.com (215) 972-8415 *Counsel to The George Washington University* | |
| In re: National Management & Preservation Services, LLC, d/b/a National Field Network, Debtor. | Judge: Christine M. Gravelle Case No. 18-16859 (CMG) Chapter 7 |
| ANDREA DOBIN, Chapter 7 Trustee for National Management & Preservation Services, LLC, d/b/a National Field Network, Plaintiff, v. THE GEORGE WASHINGTON UNIVERSITY, Defendant. | Adv. No. 24-01550 (CMG) |

**CERTIFICATION OF SERVICE**

1. I, <u>Turner N. Falk, Esq.</u>:

   ☒ represent the <u>Defendant, The George Washington University</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>August 30, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Removal

52939918.1

-2-

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>August 30, 2024</u>                                         <u>/s/ Turner N. Falk</u>
                                                                      Signature

52939918.1

-3-

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michele M. Dudas, Esq.<br>McMANIMON, SCOTLAND<br>& BAUMANN, LLC<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>mdudas@msbnj.com | Attorney for Plaintiff | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. L.B.R. 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Andrea Dobin, Esq. as Chapter 7 Trustee for National Management & Preservation Services, LLC, d/b/a National Field Network<br>McMANIMON, SCOTLAND<br>& BAUMANN, LLC<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>adobin@msbnj.com | Plaintiff | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other D.N.J. L.B.R. 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

52939918.1