| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**Turner N. Falk, Esquire**<br>**SAUL EWING LLP**<br>**Centre Square West**<br>**1500 Market St., 38th Floor**<br>**Philadelphia, PA 19102**<br>turner.falk@saul.com<br>(215) 972-8415<br>*Counsel to The George Washington University* | |
| In re:<br><br>National Management & Preservation Services, LLC, d/b/a National Field Network,<br><br>           Debtor. | Judge: Christine M. Gravelle<br><br>Case No. 18-16859 (CMG)<br><br>Chapter 7 |
| ANDREA DOBIN, Chapter 7 Trustee for National Management & Preservation Services, LLC, d/b/a National Field Network,<br><br>           Plaintiff,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>           Defendant. | Adv. No. 24-01550 (CMG) |

### STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING

Defendant The George Washington University ("**GW**"), and plaintiff Andrea Dobin, Chapter 7 Trustee (the "**Trustee**") for National Management & Preservation Services, LLC, d/b/a National Field Network, by and through their undersigned counsel, stipulate as follows:

GW's time to answer or otherwise respond to the complaint in the above-captioned action is hereby extended to October 10, 2024.

52988745.1

Respectfully submitted this 9th day of September, 2024.

**SAUL EWING LLP**

By: /s/ Turner N. Falk
Turner N. Falk, Esquire
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
215-972-8415
Turner.falk@saul.com

*Counsel for The George Washington University*

**McMANIMON, SCOTLAND & BAUMANN, LLC**

By: /s/ Michele M. Dudas
Michele M. Dudas, Esq.
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
mdudas@msbnj.com

*Counsel for Andrea Dobin, Esq. as Chapter 7 Trustee for National Management & Preservation Services, LLC, d/b/a National Field Network*

52988745.1