| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**Turner N. Falk, Esquire**<br>**SAUL EWING LLP**<br>**Centre Square West**<br>**1500 Market St., 38th Floor**<br>**Philadelphia, PA 19102**<br>turner.falk@saul.com<br>(215) 972-8415<br>*Counsel to The George Washington University* | |
| In re:<br><br>National Management & Preservation Services, LLC, d/b/a National Field Network,<br><br>                        Debtor. | Judge: Christine M. Gravelle<br><br>Case No. 18-16859 (CMG)<br><br>Chapter 7 |
| ANDREA DOBIN, Chapter 7 Trustee for National Management & Preservation Services, LLC, d/b/a National Field Network,<br><br>                        Plaintiff,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>                        Defendant. | Adv. No. 24-01550 (CMG) |

### CERTIFICATION OF SERVICE

1. I, <u>Turner N. Falk, Esq.</u>:

    ☒ represent the <u>Defendant, The George Washington University</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>September 10, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Stipulation Extending Time to File a Responsive Pleading

52988745.1

3.     I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>September 9, 2024</u>　　　　　　　　　　　<u>/s/ Turner N. Falk</u>
　　　　　　　　　　　　　　　　　　　　　　　　Signature

52988745.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michele M. Dudas, Esq.<br>McMANIMON, SCOTLAND<br>& BAUMANN, LLC<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>mdudas@msbnj.com | Attorney for Plaintiff | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. L.B.R. 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Andrea Dobin, Esq. as Chapter 7 Trustee for National Management & Preservation Services, LLC, d/b/a National Field Network<br>McMANIMON, SCOTLAND<br>& BAUMANN, LLC<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>adobin@msbnj.com | Plaintiff | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other D.N.J. L.B.R. 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

52988745.1