UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McMANIMON, SCOTLAND & BAUMANN, LLC
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Michele M. Dudas, Esq. (mdudas@msbnj.com)
Counsel to Plaintiff Andrea Dobin, Chapter 7 Trustee

| | |
|---|---|
| In Re: | Case No.: __18-16859 (CMG__ |
| ANDREA DOBIN, CHAPTER 7 TRUSTEE FOR NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC, | Adv. Pro. No.: _24-1550 (CMG)_ |
| v. | Chapter: _____7_____ |
| | Subchapter V:   ❑ Yes  ☒ No |
| THE GEORGE WASHINGTON UNIVERSITY, | Hearing Date: _October 1, 2024_ |
| | Judge: _____Gravelle_____ |

**ADJOURNMENT REQUEST**

1.    I, _____Michele M. Dudas_____,

   ☒  am the attorney for: _____Plaintiff Andrea Dobin, Chapter 7 Trustee_____,

   ❑  am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _Status Conference_____

   Current hearing date and time: _October 1, 2024, at 10:00 a.m._____

   New date requested: _November 12, 2024_____

   Reason for adjournment request: _Parties are engaging in settlement discussions and_

   _hope to reach an amicable resolution of this matter._____

2.    Consent to adjournment:

   ☒  I have the consent of all parties.   ❑  I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: September 26, 2024

/s/ Michele M. Dudas
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: November 12, 2024 at 10:00 a.m. ☐ Peremptory

☐ Granted over objection(s) New hearing date: ________________________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*