UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McMANIMON, SCOTLAND & BAUMANN, LLC
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Michele M. Dudas, Esq. (mdudas@msbnj.com)
Counsel to Plaintiff Andrea Dobin, Chapter 7 Trustee

In Re:

ANDREA DOBIN, CHAPTER 7 TRUSTEE FOR NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC,

v.

THE GEORGE WASHINGTON UNIVERSITY,

Case No.: 18-16859 (CMG

Adv. Pro. No.: 24-1550 (CMG)

Chapter: 7

Subchapter V: ☐ Yes ☒ No

Hearing Date: 11/12/2024

Judge: Gravelle

## ADJOURNMENT REQUEST

1. I, __Michele M. Dudas__,

   ☒ am the attorney for: __Plaintiff Andrea Dobin, Chapter 7 Trustee__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Status Conference

   Current hearing date and time: November 12, 2024, at 10:00 a.

   New date requested: January 14, 2025

   Reason for adjournment request: Parties continue to discuss an amicable resolution of this matter.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: November 8, 2024

/s/ Michele M. Dudas
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: January 14, 2025 at 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*