**McMANIMON, SCOTLAND
& BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to Plaintiff Andrea Dobin, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC, d/b/a NATIONAL FIELD NETWORK, LLC,<br><br>Debtor. | Case No. 18-16859 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle, U.S.B.J. |
| ANDREA DOBIN, Chapter 7 Trustee,<br><br>Plaintiff<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>Defendant. | Adv. No. 24-1550 (CMG)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**THIS MATTER** having been presented to the Court by Plaintiff Andrea Dobin, Chapter 7 Trustee ("**Plaintiff**") for National Management & Preservation Services, LLC, d/b/a National Field Network, Chapter 7 debtor ("**Debtor**") upon the filing of an action in the Superior Court of New Jersey, Law Division, Mercer County at Docket No. MER-L-1451-24 against Defendant The George Washington University ("**Defendant**"), seeking to recover alleged fraudulent transfers ("**Litigation**"); and on August 29, 2024, Defendant having removed the Litigation to

the United States Bankruptcy Court for the District of New Jersey where the Debtor's bankruptcy case is pending ("**Adversary Proceeding**"); and it is

**STIPULATED AND AGREED**, that the Adversary Proceeding is hereby dismissed *without* prejudice; and it is further

**STIPULATED AND AGREED** that to the extent that the Plaintiff reopens the Litigation or files a complaint against the Defendant on the same theory as set forth in the Litigation, the Defendant waives its right to assert a statute of limitations defense unless same existed based upon the original filing date of the Litigation of July 26, 2024. Nothing herein constitutes a waiver of any rights, claims or defenses of the Defendant as to any statute of limitations relating to the filing date of the original Litigation.

**SAUL EWING LLP**
*Counsel to Defendant The George Washington University*

Dated: November 13, 2024        By: */s/ Turner N. Falk*
                                                    TURNER N. FALK

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Counsel to Plaintiff Andrea Dobin, Chapter 7 Trustee*

Dated: November 13, 2024        By: */s/ Michele M. Dudas*
                                                    MICHELE M. DUDAS

4874-5364-7861, v. 2