UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

| | |
|---|---|
| Andrea Dobin, Chapter 7 Trustee for National Management & Preservation Services, LLC, d/b/a National Field Network<br><br>v.<br><br>The George Washington University | Case No.: 18-16859-CMG<br><br>Adv. No.: 24-01550-CMG<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle |

# ORDER CLOSING ADVERSARY PROCEEDING

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 6, 2024**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

This Court having noted the record discloses that this matter is concluded, it is

ORDERED that the within adversary proceeding is hereby closed for the following reason:

| | | |
|---|---|---|
| 00. | ❏ | Transfer to another district |
| 01. | ❏ | Dismissed for want of prosecution |
| 02. | ☑ | Dismissed or settled without entry of judgment |
| 03. | ❏ | Abstention |
| 04. | ❏ | Judgment entered by default |
| 05. | ❏ | Judgment entered on consent |
| 06. | ❏ | Transferred to District Court for jury trial |
| 07. | ❏ | Transferred to District Court (Other than for jury trial) |
| 08. | ❏ | Judgment entered on directed verdict after jury trial |
| 09. | ❏ | Judgment entered after bench trial by bankruptcy judge |
| 0A. | ❏ | Withdrawal of Reference by District Court |
| 0D. | ❏ | Transferred to another divisional office in the same district |
| 0X. | ❏ | Other |
| 10. | ❏ | Remanded to State Court |
| 11. | ❏ | Judgment entered on Motion for Summary Judgment |
| 12. | ❏ | Judgment Entered after jury trial before bankruptcy judge |
| 13. | ❏ | Judgment entered (other) |

*Rev. 8/1/07*